**Francis M. JONES, Petitioner–Appellant,**

v.

**Patrick CONROY, Warden; Joseph Curran, Respondents–Appellees.**

No. 01–8043.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 11, 2002.

Francis M. Jones, Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Francis M. Jones appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). Because no second or successive petition is permitted unless the petitioner first receives permission from this court pursuant to 28 U.S.C.A. § 2244 (West 1994 & Supp.2001), the district court

properly dismissed Jones' habeas petition. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*